**Order filed December 2, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00542-CV

_____

### IN RE RENEE SIZEMORE, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**505th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-259360**

---

## O R D E R

On September 30, 2021, we ordered relator Renee Sizemore to redact sensitive information of relator's minor children from the appendix to her petition for writ of habeas corpus. On November 18, 2021, relator filed an amended petition; however, the documents attached in the appendix continue to contain unredacted sensitive information of relator's minor children in violation of the Texas Rules of Appellate Procedure. *See* Tex. R. App. P. 9.8, 9.9(a)(3).

Thus, we order relator to redact all sensitive information from the documents included with her appendix to the petition and refile them in this court on or before December 9, 2021.

PER CURIAM

Panel Consists of Chief Justice Christopher and Justices Hassan and Poissant.